IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| LEWIS MELVIN STANTON, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Civil Action No. 07 - 56 |
| | ) District Judge Nora Barry Fischer |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| THE COUNTY OF ALLEGHENY; ET AL., | ) |
| Defendants. | ) |

## ORDER

The above captioned case was filed on January 12, 2007, and was referred to Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (doc. no. 25), filed on February 19, 2008, recommended that Defendants' Motion for Judgment on the Pleadings (doc. no. 20) be granted. All parties were served with the Report and Recommendation; no objections have been filed. After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 12th day of March, 2008;

**IT IS HEREBY ORDERED** that Defendants' Motion for Judgment on the Pleadings (doc. no. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 25) of Magistrate Judge Lenihan, dated February 19, 2008, is adopted as the Opinion of the court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

/s/ Nora Barry Fischer
Nora Barry Fischer
United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

all counsel of record